| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | MAgoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
| | WGarbers@mofo.com |
| 3 | MARK W. POE (CA SBN 223714) |
| | MPoe@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendants JPMORGAN CHASE |
| | BANK, N.A., and CHASE HOME FINANCE, LLC |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA L. SCHRAMM, an individual, and STEVEN L. WEINSTEIN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; a banking corporation, CHASE HOME FINANCE, LLC,<br><br>Defendants. | Case No. CV09-9442-AHM(FFMx)<br><br>NOTICE OF LODGING OF PROPOSED ORDER CONTINUNING RULE 16(b) SCHEDULING CONFERENCE<br><br><br><br>Hon. A. Howard Matz |

NOT. LODGING PROP. ORDER
Case No. CV09-9442-AHM(FFMx)
sf-2866191

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT defendants JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC hereby lodge for the Court's consideration the accompanying Proposed Order On Stipulation To Continue Rule 16(b) Scheduling Conference.

Dated: July 2, 2010

MICHAEL J. AGOGLIA
WENDY M. GARBERS
MARK W. POE
MORRISON & FOERSTER LLP

By: /s/ Wendy M. Garbers
　　　Wendy M. Garbers

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., and CHASE HOME FINANCE, LLC