1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARBARA L. SCHRAMM and STEVEN L. WEINSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC,<br><br>Defendants. | Case No. CV09-9442-AHM<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE RULE 16(B) SCHEDULING CONFERENCE<br><br><br>Hon. A. Howard Matz |
|---|---|

1  Having reviewed the parties' Stipulation To Continue Rule 16(b) Scheduling
2  Conference [Docket No. 34], and good cause appearing, it is hereby ordered that:
3  The Rule 16(b) Scheduling Conference is hereby rescheduled to August ___,
4  2010, at _____ a.m./p.m.
5
6  SO ORDERED this ____ day of July, 2010.
7
8                                              _____
9                                              HONORABLE A. HOWARD MATZ
                                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28