MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
MARK W. POE (CA SBN 223714)
MPoe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants JPMORGAN CHASE
BANK, N.A. and CHASE HOME FINANCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA L. SCHRAMM and STEVEN L. WEINSTEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; and CHASE HOME FINANCE, LLC,<br><br>    Defendants. | Case No. CV09-9442-AHM<br><br>**JPMORGAN CHASE BANK, N.A. AND CHASE HOME FINANCE, LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  May 16, 2011<br>Time:  10:00 a.m.<br>Ctrm:  14<br><br>Hon. A. Howard Matz |

1       PLEASE TAKE NOTICE that on May 16, 2011, at 10:00 a.m. or as soon thereafter as the matter may be heard, defendants JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC (collectively "Chase"), will and hereby do move pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment in their favor on all causes of action in the above-captioned case. The grounds for this motion are:

      1.    All of Plaintiffs causes of action are barred by the applicable statutes of limitations because Plaintiffs' deposition testimony shows that reading the challenged documents put reasonable borrowers on inquiry notice of the factual basis of Plaintiffs' claims.

      2.    Plaintiffs cannot adduce evidence from which a reasonable juror could find that Plaintiffs actually relied on the disputed language in entering the transactions.

      3.    Plaintiffs can prove no damages cognizable under California law.

      4.    All of Plaintiffs' causes of action with regard to their 2001 loan are preempted by federal law because the only misrepresentation they attribute to Chase is found in a document that is under the exclusive purview of federal banking law and regulations.

      In support of this motion, Defendants submits the accompanying Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Wendy Garbers and the exhibits and deposition testimony attached thereto, and Declaration of Colleen A. Meade.

      This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 2, 2011.

| | | |
|---|---|---|
| 1 | Dated: April 6, 2011 | MICHAEL J. AGOGLIA<br>WENDY M. GARBERS<br>MARK W. POE<br>MORRISON & FOERSTER LLP |

By:   /s/ *Wendy M. Garbers*
      Wendy M. Garbers

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC