UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA L. SCHRAMM and STEVEN L. WEINSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC,<br><br>Defendants. | Case No. CV09-9442-JAK(FFM)<br><br>**JUDGMENT**<br><br>JS-6<br><br>Hon. John A. Kronstadt |

Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment having been granted,

JUDGMENT IS HEREBY ENTERED against Plaintiffs Barbara L. Schramm and Steven L. Weinstein, and in favor of defendant JPMorgan Chase Bank, N.A., in its own right, and as successor by merger to defendant Chase Home Finance, LLC.  Defendant shall recover its costs.

Dated:  January 15, 2013

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge