**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV09-09442 JAK (FFMx) | Date | September 16, 2013 |
| Title | Barbara L. Schramm, et al. v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John A. Girardi | Joseph Duffy |
| John S. Peterson | |
| Gary Ho | |

**Proceedings:** **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIM FOR UNFAIR COMPETITION (DKT. 200)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendant's Motion for Summary Judgment as to Plaintiffs' Claim for Unfair Competition (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

**IT IS SO ORDERED.**

|  | : | 41 |
|---|---|---|
| Initials of Preparer | ak | |