UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA L. SCHRAMM and STEVEN L. WEINSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE HOME FINANCE, LLC,<br><br>Defendants. | Case No. CV09-9442-JAK(FFM)<br><br>**JUDGMENT (JS-6)**<br><br>Trial: March 25, 2014<br><br>Hon. John A. Kronstadt |

A bench trial was held in this action on March 25, 2014. (Dkt. 288). Having considered the evidence presented, the arguments of counsel, and the parties' trial briefs, on July 10, 2014 the Court issued findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52, stating that all requested relief by Plaintiffs at trial was DENIED and that judgment shall be entered for Defendants as to all remaining claims. (Dkt. 304).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

JUDGMENT is entered in favor of Defendant JPMorgan Chase Bank, N.A., in its own right and as successor by merger to Chase Home Finance, LLC, and against Plaintiffs Barbara Schramm and Steven Weinstein and that all relief requested by Plaintiffs is DENIED. As the prevailing party, JPMorgan Chase Bank, N.A., in its own right and as successor by merger to Chase Home Finance, LLC, shall be entitled to recover its costs.

Dated: August 4, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

DB2/ 25236619.1